IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 3:23-CV-498

RICHARD LAVIGNE-SOUCIE et al.,

        Plaintiffs,

v.

BLUE MAX TRUCKING, INC. et al.,

        Defendants.

**REPORT OF MEDIATOR**

      I hereby report and certify that on April 29, 2024, the parties and their respective attorneys participated in a mediated settlement conference with the undersigned, the result of which was a settlement of all claims. The parties will be filing a stipulation of dismissal.

This 29 day of April, 2024.

s/ Stephen J. Dunn
NC State Bar No. 25796
MILES MEDIATION AND ARBITRATION
6101 Carnegie Boulevard, Suite 450
Charlotte, NC 28209
Telephone: (704) 608-6063
Email: sdunn@milesadr.com
*Mediator*